214 So.2d 719

**Inis V. FONTENOT**

v.

**SUPERIOR IRON WORKS AND SUP-PLY COMPANY, Inc., et al.**

No. 49454.

Oct. 25, 1968.

In re: The Fidelity and Casualty Company of New York applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Evangeline. 212 So.2d 758.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

McCALEB and SANDERS, JJ., are of the opinion that a writ should be granted.